*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

TORRES LEON POWELL,

        Defendant-Appellant.

UNPUBLISHED
August 13, 2020

No. 346402
Macomb Circuit Court
LC No. 2018-000335-FH

Before: KRAUSE, P.J., and K. F. KELLY and TUKEL, JJ.

K. F. KELLY, J. *(concurring).*

        I concur in the result only.

                                   /s/ Kirsten Frank Kelly

-1-